**FILED**
August 9, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JOSE BALMACEDA-AVILA, ) <br> ) <br> Defendant. ) | CASE NUMBER: 2:11-mj-00242 KJN <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Jose Balmaceda-Avila</u>; Case <u>2:11-mj-00242 KJN</u> from custody for the following reasons:

    \_    Release on Personal Recognizance

    \_    Bail Posted in the Sum of _____

    \_    Unsecured Appearance Bond in the amount of $

    \_    Appearance Bond with 10% Deposit

    \_    Appearance Bond secured by Real Property

    \_    Corporate Surety Bail Bond

    <u>X</u>    (Other) <u>Defendant sentenced to Time Served and is to be released to the custody of ICE.</u>

Issued at <u>Sacramento, CA</u> on <u>8/9/2011</u> at 3:15 pm.

By /s/ Kendall J. Newman
Kendall J. Newman
United States Magistrate Judge